### JOHN WILLSON *versus* JAMES B. WOOLVERTON.

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Motion for default judgment *p. 177; (2) default,

motion for jury to assess damages *p. 194; (3) continued *p. 240; (4) motion to take off default and for leave to plead *p. 247; (5) death suggested, motion to strike from docket *p. 334.

PAPERS IN FILE: (1) Writ of replevin and return; (2) bond for replevin; (3) declaration; (4) motion for default judgment; (5) motion for a special jury to assess damages; (6) motion to take off default and for leave to plead; (7) affidavit in support of motion to take off default; (8) motion for abatement.

*1824–36 Calendar*, MS p. 140.